JOSEPH CLARK, Appellant, v DAVID TROIS et al., Respondents.

Submitted January 17, 2006; decided March 30, 2006

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellant's motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of JOHN L. EADIE et al., Appellants, v TOWN BOARD OF THE TOWN OF NORTH GREENBUSH et al., Respondents.

Submitted March 27, 2006; decided March 30, 2006

Motion by the Gallogly respondents, treated as a motion to limit issues raised on appeal, denied. Motion for a stay of the Appellate Division order pending disposition of the appeal herein granted.

Judge READ taking no part.